UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. DONALD C. POGUE, JUDGE

---

| | |
|---|---|
| ENI TECHNOLOGY INC., | |
| Plaintiff, | Consolidated Court No. 05-00170 |
| v. | |
| UNITED STATES, | |
| Defendant. | |

---

## JUDGMENT

Upon reading the parties moving papers for summary judgment and other papers in this proceeding, and upon due deliberation, it is hereby

ORDERED that defendant's classification of the subject RF generators is overruled and defendant's cross-motion for summary judgment is denied in its entirety,

ORDERED that plaintiff's motion for summary judgment is granted as to plaintiff's claim that the "principal use" of the subject RF generators is for plasma processing of semiconductors,

ORDERED that plaintiff's motion for summary judgment is denied as to plaintiff's claim that all of the subject RF generators are classifiable in subheading 8479.89.84, Harmonized Tariff Schedule of the United States ("HTSUS") (2002-2004).

ORDERED that each of the subject RF generators are classifiable in the HTSUS according to the method or methods of plasma processing in which they were programmed to perform as follows: Models ACG-GB-02 and GHW25A13DF3N01 in subheading 8466.93.85 which relates to etch processing, Model GHW12Z13DF2N01 in subheading 8543.90.10 which

relates to physical vapor deposition processing, and Models B-10013-00 and ACG-6B-01 in subheading 8479.89.84 which relates to chemical vapor deposition processing and/or undetermined or multiple processing methods, and

ORDERED that U.S. Customs and Border Protection shall reliquidate the subject entries and refund, with lawful interest, all duties paid on the subject RF generators.

/S/    Donald C. Pogue
Judge

Dated: New York, NY
This 16th day of Dec 2009

# NOTICE OF ENTRY AND SERVICE

This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

or

Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

Tina Potuto Kimble
Clerk of the Court

Date: _____    By: _____
                                      Deputy Clerk